ACCEPTED
06-14-00101-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/15/2015 4:55:24 PM
DEBBIE AUTREY
CLERK

## CASE NO. 06-14-00101-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/15/2015 4:55:24 PM
DEBBIE AUTREY
Clerk

## IN THE
## SIXTH COURT OF APPEALS
## TEXARKANA, TEXAS

### IN THE MATTER OF THE MARRIAGE OF EMMA RUTH VINSON AND BEN ANDREW VINSON, SR.

## SECOND MOTION FOR EXTENSION OF TIME FOR FILING BRIEF ON APPEAL

**JOE SHUMATE**
**State Bar No. 18327500**
**109 North Jackson Street**
**P. O. Box 1915**
**Henderson, Texas 75653-1915**
**(903) 657-1416**
**(903) 655-8211**
**Attorney for Appellant, Ben Andrew Vinson**

## SECOND MOTION FOR EXTENSION OF TIME FOR FILING BRIEF ON APPEAL

**TO THE HONORABLE COURT:**

COMES NOW Ben Andrew Vinson, Appellant in the above-styled and numbered cause, by and through his attorney of record, and pursuant to Rule 10.5(b)(3) of the Texas Rules of Appellant Procedure, files this his Second Motion for Extension of Time for Filing of a Brief on Appeal, and in support of same would respectfully show unto the Court as follows:

1. The time for filing the Brief on Appeal in this case is the 15th day of April, 2015. This extension, Appellant's second motion to extend the time for filing the Brief on Appeal with the Clerk of this Court, is filed not for delay, but so that justice may be done.

2. Counsel for Appellant is in the process of moving his office which has placed a strain on the office's resources. Additionally, counsel has been working on multiple writs and appeals and other matters - including: Cause No. 06-13-00094-CR; State of Texas vs Ronnie Montalbano; Cause No. CR12-102; State of Texas vs. Steven Dale Akin and Cause No. 12-15-00033-CV; In the Estate of Ruby Renee Byrom - as well as, numerous other active litigation files with time sensitive deadlines; additionally, both attorneys in counsel's office have been ill and have not been able to perform their duties as a result of such illnesses.

3. The attached affidavit of Joe Shumate for Appellant herein, is offered in support of this motion.

WHEREFORE, Appellants request that:

1. The Clerk of this Court give notice of this motion to Appellee, by and through her attorney of record;

2. This Court grant Appellant's motion;

3. This Court extend the time for filing said Brief on Appeal to the 30th day of May, 2015.

Respectfully submitted,

LAW OFFICE OF JOE SHUMATE

BY_____
Joe Shumate
State Bar No. 18327500
107 North Main Street
P. O. Box 1915
Henderson, Texas 75653-1915
(903) 657-1416
(903) 655-8211
Attorney for Appellant

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on March 13, 2015.

_____
Joe Shumate

## AFFIDAVIT

STATE OF TEXAS      §
                      §
COUNTY OF RUSK     §

On this day personally appeared Joe Shumate, who after being by me first duly sworn, did depose and state that the facts and allegations set out in the above and foregoing Motion to Extend Time for Filing of Brief on Appeal are within his personal knowledge and belief and are true and correct.

_____
Joe Shumate

SUBSCRIBED AND SWORN TO BEFORE ME this the 15th day of April, 2015 by Joe Shumate, to certify which witness my hand and seal of office.



Notary Public, State of Texas

-4-